# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN RE DELORES WEATHERSPOON,

    Debtor,

WILLIAM A. LEONARD,

    Appellant,

v.

CIM INSURANCE CORPORATION,

    Respondent.

Case No. 2:09-CV-02330-KJD-LRL

**ORDER**

    On June 14, 2010, a Joint Status Report (#11) was filed informing the Court that the action had been settled and the parties were awaiting approval of the settlement by the bankruptcy court. However since June 14, 2010, no proceeding of record has occurred. Accordingly, the parties are hereby ordered, no later than September 21, 2010, to file a joint status report or a stipulation to dismiss this action.

**IT IS SO ORDERED.**

    DATED this 14th day of September 2010.

Kent J. Dawson
United States District Judge