V. ANDREW CASS
Nevada State Bar No. 005246
JENNIFER A. GJOVIG
Nevada State Bar No. 010412
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
FAX: (702) 893-3789
E-Mail: cass@lbbslaw.com
E-Mail: gjovig@lbbslaw.com
*Attorneys for Appellee CIM Insurance Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| In re | Case No. 2:09-CV-2330-KJD-LRL |
|---|---|
| DELORES WEATHERSPOON | Appeal Reference No. 09-40 |
| Debtor. | Case No. BK-S-07-17262-mkn |
| | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Appellant Delores Weatherspoon and Trustee William A. Leonard, by and through their attorneys of record, Stovall & Associates, and Appellee CIM Insurance Corporation, by and through its attorneys of record, Lewis Brisbois Bisgaard & Smith LLP, that this action be dismissed with prejudice as to all

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4831-6505-6773.1

-1-

parties, with each party to bear her/his/its own costs and attorneys' fees.

DATED this 5 day of March, 2010.

STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL
Nevada State Bar No. 002566
3216 W. Charleston Blvd., Ste. B
Las Vegas, Nevada 89102
*Attorney for Appellant
Delores Weatherspoon and
Trustee William A. Leonard*

DATED this 9th day of March, 2010.

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
V. ANDREW CASS
Nevada State Bar No. 005246
JENNIFER A. GJOVIG
Nevada State Bar No. 010412
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Appellee CIM Insurance Corporation*

### ORDER

Upon stipulation of the aforementioned parties, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, as to all parties, with each party to bear her/its own attorneys' fees and costs.

DATED this 1 day of November, 2010.

_____
U.S. DISTRICT COURT JUDGE

LEWIS BRISBOIS BISGAARD & SMITH LLP

4831-6505-6773.1

-2-